# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRUFUND FINANCIAL SERVICES, INC.

NO. 2024 CW 0132

VERSUS

CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE

**MAY 10, 2024**

---

In Re: City of Baton Rouge/Parish of East Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 645210.

---

BEFORE: **McCLENDON, HESTER, AND MILLER, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.** The district court's December 15, 2023 judgment granting the motion for partial summary judgment filed by Defendant-in-Reconvention, TruFund Financial Services, Inc., is a final, appealable judgment pursuant to La. Code Civ. P. art. 1915(A)(3). See **Jalou II, Inc. v. Liner**, 2010-0048 (La. App. 1st Cir. 6/16/10), 43 So.3d 1023, 1031 n.5. Therefore, the writ is granted for the limited purpose of remanding the case to the district court with instructions to grant relator, City of Baton Rouge/Parish of East Baton Rouge, an appeal pursuant to the pleading that notified the district court of its intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam). A copy of this Court's order is to be included in the appellate record.

PMc

CHH

**Miller, J.,** agrees in part and dissents in part. I agree with the majority's decision to deny relator's stay request. However, I would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT